Memo to:   Eleventh Circuit Subscribers/Internet

From:      Nancy Gilman, Opinions Specialist
           Eleventh Circuit Clerk's Office

Date:      April 17, 1997

Re:        94-4878, Faragher v. City of Boca Raton (en banc)


The opinion issued on April 15, 1997 in the above case, will be amended.